EDWARD H. KUBO, JR.          2499
United States Attorney

FLORENCE T. NAKUKUNI         2286
Assistant U.S. Attorney

MICHAEL K. KAWAHARA          1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 0 8 2003
at 3 o'clock and 50 min P M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. CR03-00492 SOM |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. 841(a)(1), |
| VS. ) | 841(b)(1)(A); 18 U.S.C. |
| ) | 924(c)(1)(A)(i)] |
| SCOTT LEE FRIAS, ) | |
| Defendant. ) | |

### INDICTMENT

Count 1:

The Grand Jury charges that:

On or about August 1, 2003 in the District of Hawaii, defendant Scott Lee Frias knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

Count 2:

The Grand Jury further charges that:

On or about August 1, 2003 in the District of Hawaii, defendant Scott Lee Frias knowingly and intentionally carried a firearm, to wit: one (1) Glock Model 17 semi-automatic pistol, 9mm Luger caliber, serial #AEN517US, during and in relation to a drug trafficking crime as charged in Count 1 of this Indictment, which is realleged and incorporated herein by reference,

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

DATED: Honolulu, Hawaii, October 8, 2003.

A TRUE BILL.

/s/
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Frias, USDC-Hawaii, Indictment.